COST OK Amt. 00802737000
C-8549
SEP 17 2009
BY PO
DY. CLERK OF COURT

GORDON W. SMITH, JR.     CIVIL ACTION NO. 582.656   DIV. 23

VERSUS     19TH JUDICIAL DISTRICT COURT

THE STATE LIFE INSURANCE CO.     PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**SEC. 23**

## PETITION

NOW INTO COURT, through undersigned counsel, comes Gordon W. Smith, Jr., a competent individual domiciled and residing in the Parish of East Baton Rouge, State of Louisiana, who respectfully represents that:

1.

Made Defendant herein is The State Life Insurance Company, an insurance corporation, organized under the laws of the State of Indiana, and licensed and doing business in the State of Louisiana, whose registered agent for service of process in the State of Louisiana is the Louisiana Secretary of State.

2.

Gordon W. Smith, Jr. is the owner and sole beneficiary of one certain life insurance policy being policy number 5110037840 issued on or about September 7, 2002, in the principal sum of $100,000.00, insuring the life of Charles L. Doss. A copy of said insurance policy is attached hereto and incorporated herein in extenso.

3.

The insurance policy required an annual premium payment of $1,614.00.

4.

On December 8, 2008, Charles L. Doss died.

5.

Subsequent thereto, Gordon Smith properly notified The State Life Insurance Company, ("State Life"), of Mr. Doss's death and made a claim for the insurance policy benefits of $100,000.00.

**EXHIBIT A**

6.

Mr. Smith was then advised that the policy had been cancelled as a result of the failure to pay the premiums due for 2006 and 2007.

REC'D C.P.
SEP 18 2009

3279.186705#171832

7.

Mr. Smith never received notification of State Life's intent to cancel the policy as required under applicable Louisiana law.

8.

In addition to the payment of $100,000.00, Gordon Smith is also entitled to penalties, interest and attorney's fees as allowed by law for the failure and refusal of State Life to timely pay the proceeds from the life insurance policy.

9.

The failure and refusal of State Life to pay Gordon Smith the proceeds in the amount of the life insurance policy was unreasonable, unjust and unjustifiable and constituted bad faith.

WHEREFORE, Gordon W. Smith, Jr. respectfully prays that after all due legal proceedings have been held, this Honorable Court enter judgment in his favor and against The State Life Insurance Company in the full and true principal sum of $100,000.00, plus legal interest from December 8, 2008, until paid, plus reasonable attorney's fees and all statutory penalties and damages to which he is entitled as a matter of law, and for any further relief which may be just and proper under the circumstances.

RESPECTFULLY SUBMITTED:
BARRY W. MILLER, A PROFESSIONAL
LAW CORPORATION

_____
Barry W. Miller, Bar No. 09678
P. O. Box 86279
Baton Rouge, LA 70879-6279
Phone (225) 767-1499
Fax (225) 761-0760
*Attorney for Plaintiff, Gordon W. Smith, Jr.*

INSTRUCTIONS TO SHERIFF:

Please serve: The State Life Insurance Co.
Through its agent for service,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

CIVIL

| | |
|---|---|
| ☒ 01-DAMAGES | ☐ 11-COMM. PROP. PARTITIONS |
| ☐ 02-CONTRACT | ☐ 12-PUBLIC SERV. COMM. |
| ☐ 03-PRISONER SUIT | ☐ 13-OTHER PARTITIONS |
| ☐ 04-EXECUTORY PROCESS | ☐ 14- |
| ☐ 05-SUIT ON NOTES | ☐ 15- |
| ☐ 06-EVICTION | ☐ 16- |
| ☐ 07-WORKMENS COMPENSATION | ☐ 17- |
| ☐ 08-JUDICIAL REVIEW | ☐ 18- |
| ☐ 09-PROPERTY RIGHTS | ☐ 19- |
| ☐ 10-INJUNCTION MANDAMUS | ☐ 20- |

909221738000

**GORDON W. SMITH, JR.**        CIVIL ACTION NO.        DIV.

**VERSUS**                     19TH JUDICIAL DISTRICT COURT

**THE STATE LIFE INSURANCE CO.**   PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## VERIFICATION OF PETITION

EAST BATON ROUGE PARISH
STATE OF LOUISIANA

BEFORE ME, the undersigned Notary Public, personally came and appeared GORDON W. SMITH, JR., who after being duly sworn did depose and state that:

1. He is a resident of East Baton Rouge Parish, State of Louisiana;

2. He is the Plaintiff/Petitioner in the attached Petition and that all of the allegations contained therein are true and correct.

Thus done and signed in Baton Rouge, Louisiana, this 15th day of September, 2009, in the presence of the undersigned Notary Public after due reading of the whole.

_Gordon W. Smith, Jr._

_Barry W. Miller_
LSBA # 09678

CERTIFIED TRUE COPY 019903
DEPUTY CLERK OF COURT

2009 SEP 17 AM 9:20
19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH, LA
FILED
BY DEPUTY CLERK & RECORDER FOR
DOUG WELBORN
CLERK OF COURT E.B.R PARISH

3279.186705#171832

9092217390000

2424-09-004330

# CITATION

GORDON W. SMITH, JR.  
(Plaintiff)

vs.

THE STATE LIFE INSURANCE CO.  
(Defendant)

NUMBER C582656 SECTION 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: THE STATE LIFE INSURANCE CO.  
THROUGH ITS AGENT FOR SERVICE OF PROCESS:  
SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 21-SEP-2009.

Joshlyn Partin/Deputy Clerk of Court for  
Doug Welborn, Clerk of Court

Requesting Attorney: BARRY W MILLER

Also attached are the following documents:  
PETITION; VERIFICATION

---

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:   $ _____  
MILEAGE:   $ _____        Deputy Sheriff  
TOTAL:     $ _____        Parish of East Baton Rouge

CITATION - 2424



# DOUG WELBORN
# CLERK OF COURT

19TH JUDICIAL DISTRICT
PARISH OF EAST BATON ROUGE

Mortgage Department
10500 Coursey Blvd., Suite 200
Baton Rouge, LA 70806
www.ebrclerkofcourt.org

# FAX

To: SUIT ACCOUNTING                   Fax: 389-3925

From: COURSEY                         Date: 9-16-09   9:25am

Re: SUIT # 582,656                    Pages: 4
                                      (Including cover)

☐ Please Reply          xxxx   No Reply Necessary

Cover Message: Damages - Smith v. State Life

RECEIVED TIME  SEP. 17.  9:13AM

SEP-17-2009 THU 09:25 AM    coc coursey    90922174000̶1    FAX No. 92252924904    P. 002

COST OK Amt. 495
C - 8549
SEP 1 7 2009
BY PD
DY. CLERK OF COURT

GORDON W. SMITH, JR.         CIVIL ACTION NO. 582,656   DIV. 23

VERSUS         19TH JUDICIAL DISTRICT COURT

THE STATE LIFE INSURANCE CO.         PARISH OF EAST BATON ROUGE

         STATE OF LOUISIANA

**SEC. 23**

## PETITION

NOW INTO COURT, through undersigned counsel, comes Gordon W. Smith, Jr., a competent individual domiciled and residing in the Parish of East Baton Rouge, State of Louisiana, who respectfully represents that:

1.

Made Defendant herein is The State Life Insurance Company, an insurance corporation, organized under the laws of the State of Indiana, and licensed and doing business in the State of Louisiana, whose registered agent for service of process in the State of Louisiana is the Louisiana Secretary of State.

2.

Gordon W. Smith, Jr. is the owner and sole beneficiary of one certain life insurance policy being policy number 5110037840 issued on or about September 7, 2002, in the principal sum of $100,000.00, insuring the life of Charles L. Doss. A copy of said insurance policy is attached hereto and incorporated herein in extenso.

3.

The insurance policy required an annual premium payment of $1,614.00.

4.

On December 8, 2008, Charles L. Doss died.

5.

Subsequent thereto, Gordon Smith properly notified The State Life Insurance Company, ("State Life"), of Mr. Doss's death and made a claim for the insurance policy benefits of $100,000.00.

6.

Mr. Smith was then advised that the policy had been cancelled as a result of the failure to pay the premiums due for 2006 and 2007.

7.

Mr. Smith never received notification of State Life's intent to cancel the policy as required under applicable Louisiana law.

8.

In addition to the payment of $100,000.00, Gordon Smith is also entitled to penalties, interest and attorney's fees as allowed by law for the failure and refusal of State Life to timely pay the proceeds from the life insurance policy.

9.

The failure and refusal of State Life to pay Gordon Smith the proceeds in the amount of the life insurance policy was unreasonable, unjust and unjustifiable and constituted bad faith.

WHEREFORE, Gordon W. Smith, Jr. respectfully prays that after all due legal proceedings have been held, this Honorable Court enter judgment in his favor and against The State Life Insurance Company in the full and true principal sum of $100,000.00, plus legal interest from December 8, 2008, until paid, plus reasonable attorney's fees and all statutory penalties and damages to which he is entitled as a matter of law, and for any further relief which may be just and proper under the circumstances.

RESPECTFULLY SUBMITTED:
BARRY W. MILLER, A PROFESSIONAL
LAW CORPORATION

_____
Barry W. Miller, Bar No. 09678
P.O. Box 86279
Baton Rouge, LA 70879-6279
Phone (225) 767-1499
Fax (225) 761-0760
*Attorney for Plaintiff, Gordon W. Smith, Jr.*

INSTRUCTIONS TO SHERIFF:
Please serve: The State Life Insurance Co.
Through its agent for service,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

CIVIL

| ☑ 01-DAMAGES | ☐ 11-COMM. PROP. PARTITIONS |
| ☐ 02-CONTRACT | ☐ 12-PUBLIC SERV. COMM. |
| ☐ 03-PRISONER SUIT | ☐ 13-OTHER PARTITIONS |
| ☐ 04-EXECUTORY PROCESS | ☐ 14-OTHER |
| ☐ 05-SUIT ON RULES | ☐ 15- |
| ☐ 06-EVICTION | ☐ 16- |
| ☐ 07-WORKMENS COMPENSATION | ☐ 17- |
| ☐ 08-JUDICIAL REVIEW | ☐ 18- |
| ☐ 09-PROPERTY RIGHTS | ☐ 19- |
| ☐ 10-INJUNCTION MANDAMUS | ☐ 20- |

3279.186705#171832

RECEIVED TIME    SEP. 17.    9:13AM

| | |
|---|---|
| GORDON W. SMITH, JR. | CIVIL ACTION NO.          DIV. |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| THE STATE LIFE INSURANCE CO. | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISIANA |

## VERIFICATION OF PETITION

EAST BATON ROUGE PARISH
STATE OF LOUISIANA

BEFORE ME, the undersigned Notary Public, personally came and appeared GORDON W. SMITH, JR., who after being duly sworn did depose and state that:

1. He is a resident of East Baton Rouge Parish, State of Louisiana;

2. He is the Plaintiff/Petitioner in the attached Petition and that all of the allegations contained therein are true and correct.

Thus done and signed in Baton Rouge, Louisiana, this 15th day of September, 2009, in the presence of the undersigned Notary Public after due reading of the whole.

_____
Gordon W. Smith, Jr.

_____
Barry W. Miller
LSBA # 09678

CERTIFIED TRUE COPY 019903 DEPUTY CLERK OF COURT

19TH JUDICIAL DISTRICT EAST BATON ROUGE PARISH L.A. FILED 2009 SEP 17 AM 9:20 BY DEPUTY CLERK & RECORDER FOR DOUG WELBORN CLERK OF COURT E.B.R. PARISH

3279.186705#171832

909291234000

2424-09-004330

# CITATION

GORDON W. SMITH, JR.
(Plaintiff)

vs.

THE STATE LIFE INSURANCE CO.
(Defendant)

NUMBER C582656 SECTION 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

SEP 2 8 2009

BARBARA THOMASSIE
E.B.R. CLERK OF COURT

TO: THE STATE LIFE INSURANCE CO.
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 21-SEP-2009.

Joslyn Partin/Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: BARRY W MILLER

Also attached are the following documents:
PETITION; VERIFICATION

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served on the above named party as follows:

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____

SERVICE: $ _____
MILEAGE $ _____
TOTAL: $ _____

Deputy Sheriff
JULIE NESBITT
Parish of East Baton Rouge