UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GORDON W. SMITH, JR.

CIVIL ACTION

VERSUS

NO. 09-917-JJB

THE STATE LIFE
INSURANCE COMPANY

## J U D G M E N T

For written reasons assigned;

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendant and against plaintiff

Baton Rouge, Louisiana, March 29, 2010.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA